UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASANTE GAINES ET AL. | Case No. 3:20-CR-126(JBA)<br><br>September 27, 2021 |

## GOVERNMENT'S SUMMARY OF THE CASE[1]

The United States submits the proposed summary of the charges in this case to be read to the jury during the selection process as ordered by the Court at the September 20, 2021 pretrial conference in this matter.

The Superseding Indictment alleges that the defendants, Asante Gaines a.k.a. "Santi," Destine Calderon, Diomie Blackwell a.k.a. "Yamo," and Laheem Jones a.k.a. "Heemie," are members and associates of a Bridgeport street gang and criminal enterprise, known as the Greene Homes Boyz, Greene Homes, the Hots, the Greenes Boys, and the GHB, which I will refer to as the "Greene Homes Boyz" or the "enterprise" that is alleged to have controlled the Charles F. Greene Homes Housing Project, in an area of Bridgeport, Connecticut known as the Hollow. The Greene Homes Boyz are further alleged to have used many identifiers, including gang signs, social media postings and YouTube rap videos to glorify and promote the enterprise. As for defendant Tyiese Warren, he is alleged to be a member of the Bridgeport street gang and criminal organization, known as the Original North End or O.N.E., which is based in the North End of Bridgeport and was allied with the Greene Homes Boyz. These two gangs are alleged to

---

[1] The parties conferred regarding a joint summary of the case in accordance with the Court's Order, but were unable to reach an agreement and are separately submitting proposed summaries of the case.

1

have been allied against rival criminal enterprises from the East End of Bridgeport, the P.T. Barnum Housing Projects in Bridgeport, and the 150 gang from the West Side of Bridgeport.

Count One of the Superseding Indictment charges Mr. Gaines, Mr. Calderon, Mr. Blackwell and Mr. Jones with a racketeering conspiracy, which existed from 2014 until February of 2021. The Government further alleges that each defendant charged in Count One was aware of the general nature of the conspiracy and knowingly joined it. Among the predicate acts about which you may hear, the Superseding Indictment alleges that members of the enterprise committed the following acts of racketeering activity: (1) from 2015 until February of 2021, drug dealing, including selling heroin, cocaine base (crack), marijuana and Percocet pills; (2) the May 22, 2015 attempted murder of Kyman Jones, a member of the rival 150 gang (from the West Side of Bridgeport), at Park Street and Shelton Street on the West Side of Bridgeport; (3) the February 7, 2018 attempted murder of Marquis Jones a.k.a. "Baby Boy," a member of the rival 150 gang, at Howard Avenue and Maple Avenue on the West Side of Bridgeport; (4) the February 27, 2018 attempted murder of Tyrone Heard a.k.a. "Scrap," a member of the rival East End gang, at the Sunshine Deli on Stratford Avenue in the East End of Bridgeport; (5) the October 4, 2018 attempted murder of Malyk Shipman, a member of the rival East End gang, in the Greene Homes Housing Project and (6) the January 27, 2020 attempted murders of Jaheim Warren a.k.a. "JD," Trevon Wright a.k.a. "Tre," Khalil Heard and Jaffar Ali, all members and associates of the rival East End gang, on the steps of the Bridgeport state courthouse at 172 Golden Hill Street.

Each of the defendants on trial, except Mr. Warren, are alleged to have engaged in the distribution of narcotic substances and to have agreed that other conspirators would engage in acts of violence in furtherance of the Greene Homes Boyz enterprise. In addition, certain defendants are alleged to have committed, or attempted to have committed, specific acts of

violence in furtherance of the racketeering enterprise. Those specific acts are: Mr. Blackwell is charged with attempting to kill Marquis Jones on February 7, 2018; and, Mr. Blackwell, Mr. Gaines, Mr. Calderon, Mr. Jones and Mr. Warren are alleged to have attempted to kill, or aided and abetted the others to attempt to kill, Jaheim Warren a.k.a. "JD," Trevon Wright a.k.a. "Tre," Khalil Heard and Jaffar Ali on January 27, 2020

In addition, all of the defendants are charged in Counts Two and Four with violence committed in aid of racketeering. Count Two alleges that the defendants attempted to, or aided and abetted in attempting to, murder or assault rival East End gang members and associates resulting in serious bodily injury, specifically, Jaheim Warren a.k.a. "JD," Trevon Wright a.k.a. "Tre," Khalil Heard and Jaffar Ali, in order to further or to maintain their own standing within the Greene Homes Boyz enterprise or to aid and abet others to further or maintain their standing within the enterprise. Count Four alleges that the defendants conspired to murder or assault rival East End gang members and associates, specifically, Jaheim Warren a.k.a. "JD," Trevon Wright a.k.a. "Tre," Khalil Heard and Jaffar Ali, in order to further or to maintain their own standing within the Greene Homes Boyz enterprise or to aid and abet others to further or maintain their standing within the enterprise.

Both of these Counts pertain to the shooting which occurred outside the Bridgeport state courthouse on January 27, 2020.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

/s/ *Jocelyn Courtney Kaoutzanis*
JOCELYN COURTNEY KAOUTZANIS
Federal Bar No. ct30426

RAHUL KALE
PETER D. MARKLE
STEPHANIE LEVICK
ASSISTANT UNITED STATES ATTORNEYS
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                            /s/
                              JOCELYN COURTNEY KAOUTZANIS
                              ASSISTANT UNITED STATES ATTORNEY