Criminal Std (8/10/2021)

HONORABLE: Sarah A. L. Merriam    DEPUTYCLERK A. Caffrey    RPTR/ECRO/FTR FTR - CR4
USPO ____    INTERPRETER ____    LANGUAGE ____
DATE: 10/1/2021    START TIME: 11:02 am    END TIME: 12:39 pm
TOTAL TIME: 1 hours 37 minutes

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☑ CHANGE OF PLEA
- ☐ WAIVER/ PLEA HRG
- ☐ EXTRADITION HRG
- ☐ STATUS CONF
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

CRIMINAL NO. 3:20-cr-00126-JBA    DEFT # 3    Jocelyn J. Courtney Kaoutzanis, Peter D. Markle
USA

**UNITED STATES OF AMERICA**
vs
**Destine Calderon**

Kathleen Elizabeth Dion
Counsel for Defendant Ret ☐   CJA ☑   PDA ☐

- ☐ Deft failed to appear. Oral Motion for issuance of Warrant ☐granted ☐denied ☐Bond FORFEITED
- ☐ ☐Arrest/Self-Surrender ☐Case unsealed or ☐Rule 5 arrest, ____ Dist of ____
- ☐ CJA 23 Financial Affidavit filed ☐under seal
- ☐ Order Appointing Federal Public Defender's Office filed
- ☐ Court appoints Attorney ____ to represent defendant for ☐this proceeding only ☐all proceedings
- ☐ Appearance of ____ filed
- ☐ ☐Complaint filed ☐Sealed Complaint filed ☐Affidavit filed
- ☐ ☐Information/Misdemeanor filed ☐Sealed Information filed
- ☐ ☐Waiver of Indictment (case opening) filed ☐Felony Information filed
- ☐ ☐Waiver of Indictment (mid case) filed ☐Superseding Information filed
- ☐ Oral Brady order entered and paper order to issue
- ☑ Plea Agreement Ltr filed ☐under seal ☐to be e-filed
- ☑ Plea of ☐not guilty ☑guilty ☐nolo contendere to count(s) One of the Superseding Indictment
- ☑ Petition to Enter Guilty Plea filed
- ☐ Defendant motions due ____ ; Government responses due ____
- ☐ Scheduling Order ☐filed ☐to be filed ☐Sentencing Scheduling Order
- ☐ Hearing on Pending Motions scheduled for ____ at ____
- ☐ Jury Selection set for ____ at ____
- ☐ Remaining Count(s) to be dismissed at sentencing
- ☑ Sentencing set for 12/28/2021 at 2:00 pm ☑Probation 246B Order for PSI & Report
- ☐ Special Assessment of $____ on count(s)____. Total $____ ☐Due immediately ☐Pay at sentencing
- ☐ Govt's Motion for Pretrial Detention filed ☐GRANTED ☐DENIED ☐ADVISEMENT
- ☐ Govt's ORAL Motion for Pretrial Detention ☐GRANTED ☐DENIED ☐ADVISEMENT
- ☐ Order of Detention filed
- ☐ Deft ordered removed/ committed to originating / another District of ____
- ☐ No bond set at this time, Order of Temporary Detention Pending Hearing ☐filed ☐to be filed
- ☐ Waiver of Rule 5 Hearing filed
- ☐ Govt's Motion for waiver of 10-day notice ☐GRANTED ☐DENIED ☐ADVISEMENT
- ☐ Bond ☐set at $____ ☐reduced to $____ ☐Non-surety ☐Surety ☐Personal Recognizance
- ☐ Bond ☐revoked ☐reinstated ☐continued ☐modified
- ☑ Defendant detained
- ☐ ____ Hearing ☐waived ☐set for ____ ☐continued until ____
- ☐ Set Attorney Flag and notify Federal Grievance Clerk

☐ SEE page II for   ☐ conditions of bond   ☐ additional proceedings

**CONDITIONS OF BOND**

- ☐ Travel restricted to Connecticut extended to _____
  upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.
- ☐ Deft must reside at _____
- ☐ Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.
- ☐ Deft ☐ must surrender passport to USPO on _____; ☐ Must not apply for a passport.
- ☐ Deft must refrain from the possession of firearms or dangerous weapons.
- ☐ Deft must maintain employment or actively seek employment.
- ☐ Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.
- ☐ as set forth in the Order Setting Conditions of Release
- ☐ _____
  _____
  _____

**ADDITIONAL PROCEEDINGS**

| | | granted | denied | advisement |
|---|---|---|---|---|
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Deft's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion _____ | ☐ | ☐ | ☐ |
| ☐ | #_____ Deft _____ Motion _____ | ☐ | ☐ | ☐ |
| ☐ | #_____ Deft _____ Motion _____ | ☐ | ☐ | ☐ |
| ☐ | #_____ Govt Motion _____ | ☐ | ☐ | ☐ |
| ☐ | #_____ Govt Motion _____ | ☐ | ☐ | ☐ |
| ☐ | _____ ☐ filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐ filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐ filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐ filed | ☐ | ☐ | ☐ |
| ☐ | _____ ☐ filed | ☐ | ☐ | ☐ |

Notes: